IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02194-WYD-BNB

JOSEPH KING,
ISAAC SLADE,
DAVID WELSH, and
BENJAMIN WYSOCKI, p/k/a THE FRAY,

Plaintiffs,

v.

GREGG LATTERMAN, and
GREGG ALAN CORP.,

Defendants.

_____

## MINUTE ORDER

_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Defendants' Motion to Modify Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting** [docket no. 5, filed November 19, 2009] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED IN PART.  The Scheduling Conference set for December 3, 2009, is **vacated and reset to December 14, 2009, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **December 7, 2009**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

        IT IS FURTHER ORDERED that the Rule 26(f) meeting is to occur on or before **November 20, 2009**.  The Rule 26(a)(1) disclosures are to be exchanged on or before **December 11, 2009**.

DATED:  November 20, 2009