IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02194-WYD-BNB

JOSEPH KING, ISAAC SLADE,
DAVID WELSH, and
BENJAMIN WYSOCKI, p/k/a THE FRAY,

    Plaintiffs,

v.

GREGG LATTERMAN and
GREGG ALAN CORP.,

    Defendants.

## ORDER

THE COURT, having reviewed the parties' Stipulated Dismissal of Plaintiffs' Punitive Damages Claim Without Prejudice, it is hereby

ORDERED that the Stipulated Dismissal of Plaintiffs' Punitive Damages Claim Without Prejudice is GRANTED.  It is further

ORDERED that Plaintiffs' claim for punitive damages asserted in their initial Complaint is hereby dismissed without prejudice.

Dated this 5th day of January, 2010.

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE