IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02194-WYD-BNB

JOSEPH KING,
ISAAC SLADE,
DAVID WELSH and
BENJAMIN WYSOCKI, p/k/a The FRAY

      Plaintiffs,

v.

GREGG LATTERMAN and
GREGG ALAN CORP

      Defendants.

## MOTION FOR LEAVE TO FILE
## NOTICE OF DESIGNATION OF NON-PARTY AT FAULT

      Defendants respectfully seek leave of Court to file the attached Notice of Designation of Non-Party at Fault.  Undersigned counsel has conferred with opposing counsel (Mr. Ryan Carson) and certifies that Plaintiffs do object to the relief sought here.

      Pursuant to C.R.S. §13-21-111.5, a defendant may designate a non-party at fault "within 90 days following the commencement of the action *unless the court determines that a longer period is necessary*."  On March 12, 2010, Defendants took the deposition of attorney Reid Hunter, transactional attorney for the Plaintiffs, who admitted that he had been informed by Defendant Latterman about the alleged conflict of interest that forms the basis for Plaintiffs' fraud and breach of fiduciary duty claims.  According to Mr. Hunter, after being informed of the potential conflict of interest, Mr. Hunter did nothing; he asked no further questions and had no conversations with his clients about the implications of the alleged conflict.  As explained more fully in the attached non-party at fault designation (**attached as Ex. A**), it would be in the interests of justice to permit Mr. Latterman to designate Mr. Hunter as a non-party at fault in this action.  It would have been premature and unfair to Mr. Hunter to designate him as a non-party at fault without first hearing his sworn testimony explaining what he did or did not know about the claimed conflict of interest.

      Allowing this designation will not unfairly prejudice the Plaintiffs.  This matter is still early in discovery.  Mr. Latterman's own deposition has not been taken.  The parties continue to

produce documents. There will be no undue prejudice to anyone, and no delay in trial preparation from allowing the filing of this non-party at fault designation. *See Antolovich v. Brown Group Retail Inc.*, 183 P.3d 582, 592 (Colo. App. 2007) (trial court did not abuse discretion in accepting late-filed non-party at fault designations four months and seven months after statutory deadline).

Wherefore, Defendants request that the Court permit them to designate Mr. Reid Hunter as a non-party at fault pursuant to C.R.S. §13-21-111.5 as set forth in **Ex. A** attached hereto.

DATED: March 31, 2010.

Respectfully submitted,

*s/ Lawrence G. Katz*
Lawrence G. Katz, #32724
N. Reid Neureiter, #29747
JACOBS CHASE FRICK KLEINKOPF & KELLEY LLC
1050 17th Street, Ste 1500
Denver, CO 80265
Telephone:    303-685-4800
Fax:            303-685-4869
E-mail:        lkatz@jacobschase.com
               rneureiter@jacobschase.com

Sandra A. Crawshaw-Sparks
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone:    212-969-3915
Fax:            212-969-2900
E-mail:        SCrawshaw@proskauer.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2010, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE NOTICE OF DESIGNATION OF NON-PARTY AT FAULT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John Roche         jroche@talawfirm.com
Ryan C. Carson     rcarson@talawfirm.com
Kyle Seedorf       kseedorf@talawfirm.com
TAYLOR/ANDERSON, LLC
1331 17th Street, Ste 1050
Denver, CO 80202
303-551-6654
720-473-5980 (fax)

Robert L. Sullivan     rsullivan@loeb.com
LOEB & LOEB LLP
1906 Acklen Avenue
Nashville, TN 37212
615-749-8300
615-676-5189 (fax)

                                                *s/ Lawrence G. Katz*
Lawrence G. Katz, #32724
N. Reid Neureiter, #29747
JACOBS CHASE FRICK KLEINKOPF & KELLEY LLC
1050 17th Street, Ste 1500
Denver, CO 80265
Telephone:   303-685-4800
Fax:         303-685-4869
E-mail:      lkatz@jacobschase.com
             rneureiter@jacobschase.com
ATTORNEYS FOR DEFENDANTS