IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.  09-cv-02194-WYD- BNB          Date: May 10, 2010
Courtroom Deputy: Kathleen Finney               FTR BNB COURTROOM A-401

JOSEPH KING,                                     Ryan C. Carson
ISAAC SLADE,
DAVID WELSH, and
BENJAMIN WYSOCKI, p/k/a THE FRAY,

            Plaintiffs,

v.

GREGG LATTERMAN, and                             N. Reid Neureiter
GREGG ALAN CORP.,

            Defendants.


## COURTROOM MINUTES


**HEARING: MOTIONS**

Court in Session:       2:32 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

For reasons stated on the record,

**It is ORDERED:**     **Defendants' Motion for Leave to File Notice of Designation of Non-Party at Fault [Doc. No. 47, filed 3/31/2010] is GRANTED.**

**ORDERED:   The following deadlines and hearings have been reset:**

- **Expert designation deadline is August 30, 2010.**
- **Expert rebuttal deadline is October 15, 2010.**
- **Discovery cutoff is November 30, 2010.**

- **Dispositive Motion deadline is November 30, 2010.**
- **Final Pretrial Conference is vacated and reset for January 18, 2011 at 8:30 a.m.**

Court in Recess      3:33 p.m.      Hearing concluded.      Total time in Court: 1:01

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.