IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02194-WYD-BNB

JOSEPH KING,
ISAAC SLADE,
DAVID WELSH, and
BENJAMIN WYSOCKI, p/k/a THE FRAY,

Plaintiffs,

v.

GREGG LATTERMAN, and
GREGG ALAN CORP.,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)    Defendants' **Motion for Leave to File Notice of Designation of Non-Party at Fault** [Doc. # 47, filed 3/31/2010] (the "Motion to File"); and

(2)    **Plaintiffs' Opposition to Defendants' Motion for Leave to File Notice of Designation of Non-Party at Fault and Alternative Motion to Strike non-Party Designation** [Doc. # 49, filed 4/21/2010] (the "Motion to Strike").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to File [Doc. # 47] is GRANTED.  The Clerk of the Court is directed to accept for filing Defendants' Designation of Non-Party at Fault [Doc. # 47-1].

IT IS FURTHER ORDERED that the Motion to Strike [Doc. # 49] is DENIED as a violation of D.C.COLO.LCivR 7.1C, without prejudice to being refiled at a later date in a manner consistent with that rule.

IT IS FURTHER ORDERED, at the oral request of the parties and upon a showing of good cause, that the case schedule is modified to the following extent:

    Discovery Cut-Off:    November 30, 2010

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:    November 30, 2010

    Expert Disclosures:

    (a)    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 30, 2010

    (b)    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 15, 2010

Final Pretrial Conference: The final pretrial conference set for December 16, 2010, at 8:30 a.m., is VACATED and RESET to January 18, 2011, at 8:30 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than January 11, 2011.

Dated May 10, 2010.

        BY THE COURT:

        s/ Boyd N. Boland
        United States Magistrate Judge