IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02194-WYD-BNB

JOSEPH KING,
ISAAC SLADE,
DAVID WELSH, and
BENJAMIN WYSOCKI, p/k/a THE FRAY,

Plaintiffs,

v.

GREGG LATTERMAN, and
GREGG ALAN CORP.,

Defendants.

---

## ORDER
---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **June 2, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated May 19, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge