IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02194-WYD-BNB

JOSEPH KING,
ISAAC SLADE,
DAVID WELSH, and
BENJAMIN WYSOCKI, p/k/a THE FRAY,

Plaintiffs,

v.

GREGG LATTERMAN, and
GREGG ALAN CORP.,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Transcript of Settlement Conference** [docket no. 63, filed June 2, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to retain UNDER SEAL the requested transcript once it is filed.

DATED: June 2, 2010