IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02194-WYD-BNB

JOSEPH KING,
ISAAC SLADE,
DAVID WELSH, and
BENJAMIN WYSOCKI, p/k/a THE FRAY,

Plaintiffs,

v.

GREGG LATTERMAN, and
GREGG ALAN CORP.,

Defendants.

## ORDER

At the joint request of all parties,

IT IS ORDERED that the deadline to file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), is extended to and including **July 13, 2010**.

Dated June 29, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge