IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02194-WYD-BNB

JOSEPH KING, ISAAC SLADE,
DAVID WELSH, and
BENJAMIN WYSOCKI, p/k/a THE FRAY,

    Plaintiffs,

v.

GREGG LATTERMAN and
GREGG ALAN CORP.,

    Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER comes before the Court on the parties' Joint Motion for Entry of Order of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2) filed July 20, 2010 [ECF No. 75]. It appearing to the Court as evidenced by the signatures of counsel for the Plaintiffs and counsel for the Defendants, that all matters in controversy between the Plaintiffs and the Defendants have been compromised and settled, therefore, it is

ORDERED that the parties' Joint Motion for Entry of Order of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2) filed July 20, 2010 [ECF No. 75] is **GRANTED**. It is

FURTHER ORDERED that this case be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear their own costs and attorneys' fees. This Court shall retain jurisdiction for the purpose of enforcing the to enforce the

settlement agreement between the parties.

Dated this 21st day of July, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE